Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–24693–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Matthew K Sobke
234 Hunter Avenue
Trenton, NJ 08610

Victoria A Sobke
234 Hunter Avenue
Trenton, NJ 08610

Social Security No.:
xxx–xx–6148

xxx–xx–1764

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 4, 2015.

On August 24, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:             September 27, 2017
Time:             10:00 AM
Location:         Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 25, 2017
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Matthew K Sobke
Victoria A Sobke
     Debtors

Case No. 15-24693-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Aug 25, 2017
                       Form ID: 185     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2017.

```
db/jdb        +Matthew K Sobke,    Victoria A Sobke,    234 Hunter Avenue,    Trenton, NJ 08610-3525
lm            +Cenlar Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404
515662269    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515662270     +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
515662271     +Cach of NJ, LLC,    c/o Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive, Suite 201,
                Parsippany, NJ 07054-4609
515662272     +Cach of NJ, LLC,    4340 South Monaco Street,    Denver, CO 80237-3485
515662273     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515715903      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515662274     +Cenlar FSB,    c/o Kivitz McKeever Lee, PC,    216 Haddon Avenue, STE 406,
                Collingswood, NJ 08108-2812
515662276     +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
515662277     +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
515662278     +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
515662281     +N J L,    225 E State St Ste 1,    Trenton, NJ 08608-1800
515662282     +New Jer Hus/dovenmuehl,    1 Corporate Dr,    Lake Zurich, IL 60047-8944
515831140     +New Jersey Housing & Mortgage Finance Agency,    c/o Cenlar FSB,    425 Phillips Blvd,
                Ewing, NJ 08618-1430
515662283     +Pnc Bank,    Po Box 5570,    Cleveland, OH 44101-0570
516289906     +Wollemi Acquisitions, LLC,    Ascension Capital Group,    P.O. Box 165028,
                Irving, TX 75016-5028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2017 22:29:33     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2017 22:29:31     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516290731     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 25 2017 23:14:53     Ascension Capital Group,
                Attn: Wollemi Acquisitions, LLC Dept,    P.O. Box 165028,    Irving, TX 75016-5028
515662268     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 25 2017 22:29:30     Asset Acceptance, LLC,
                PO Box 2036,    Warren, MI 48090-2036
515662275     +E-mail/Text: kzoepfel@credit-control.com Aug 25 2017 22:29:33     Central Loan Admin & R,
                425 Phillips Blvd,    Ewing, NJ 08618-1430
515662279     +E-mail/Text: bankruptcy.bnc@ditech.com Aug 25 2017 22:29:27     Green Tree Servicing,
                P.O. Box 6172,    Rapid City, SD 57709-6172
515662280     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 25 2017 22:29:31     Midland Credit Management, Inc.,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
515662284      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2017 22:31:38
                Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    120 Corporate Blvd,
                Norfolk, VA 23541
515794280      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2017 22:31:38
                Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                Norfolk VA 23541
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                            Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Aug 25, 2017
                              Form ID: 185             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Victoria A Sobke mail@njpalaw.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Matthew K Sobke mail@njpalaw.com
              Denise E. Carlon    on behalf of Creditor   JPMorgan Chase Bank, National Association
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   JPMorgan Chase Bank, National Association
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                             TOTAL: 9
```