Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **Matthew K Sobke**
**Victoria A Sobke**

Debtor(s)

Case No.: **15-24693**
Judge:
Chapter: **13**

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original    ■ Modified/Notice Required    ■ Discharge Sought
☐ Motions Included    ☐ Modified/No Notice Required    ☐ No Discharge Sought

Date: _____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|

    a. The Debtor shall pay  **883.00 Monthly*** to the Chapter 13 Trustee, starting on ___ for approximately **60** months.

    b. The Debtor shall make plan payments to the Trustee from the following sources:
        ■ Future Earnings
        ☐ Other sources of funding (describe source, amount and date when funds are available):

1

 c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ■ Loan modification with respect to mortgage encumbering property
  Description: **loan modification completed and approved**
  Proposed date for completion: _____

 d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

 e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

 a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

 b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Candyce I. Smith-Sklar ~90828** | **Attorney Fees** | 1,800.00 |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| -NONE- | | | | | |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

2

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **Chrysler Capital** | **2014 Dodge Charger** | **17,287.00** | **16,570.00** | **None** | **16,570.00** | **4.00** | **17,312.51** |
| **Green Tree Servicing** | **234 Hunter Avenue Hamilton, NJ 08610 Keep Green Tree second mortgage 1 year behind Cenlar first mortgage** | **54,816.63** | **120,123.00** | **primary mortgage Central Loan Admin & R - 136,572.87** | **No value** | **N/A** | **0.00** |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **-NONE-** | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
**Central Loan Admin & R**

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **-NONE-** | | |

## Part 5:  Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:

\_\_\_\_    Not less than $\_\_\_\_ to be distributed *pro rata*

\_\_\_\_    Not less than \_\_\_ percent

__X__    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **-NONE-** | | | |

3

### Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

### Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **Cach of NJ, LLC** | 234 Hunter Avenue Hamilton, NJ 08610 Keep Green Tree second mortgage 1 year behind Cenlar first mortgage | Judgment Lien | 6,887.62 | 120,123.00 | 0.00 | 191,389.50 | 6,887.62 |

   b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **Green Tree Servicing** | 234 Hunter Avenue Hamilton, NJ 08610 Keep Green Tree second mortgage 1 year behind Cenlar first mortgage | 54,816.63 |

   c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| **Chrysler Capital** | **2014 Dodge Charger** | 16,570.00 | 717.00 |

### Part 8:  Other Plan Provisions

a. **Vesting of Property of the Estate**
   ■ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. **Post-petition claims**

The Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

e. **Other Provisions:**

| |
|---|
| *This plan is a step plan or has lumpsum payments as follows: $883.00 per month for 24 months, then $407.00 per month for 36 months |
| Tier plan pending the outcome of a loan modificaiton |

### Part 9 :  Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **Plan modified to remove mortgage arrears from plan since debtors received a loan modification** | **Modified plan to remove mortgage arrears since debtors were approved for a loan modification.  Debtors vehicle is the only debt to be paid through plan** |
| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes ■ No |

### Part 10:  Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

5

| Date | August 24, 2017 | /s/ Candyce I. Smith-Sklar |
| | | **Candyce I. Smith-Sklar** |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the foregoing is true and correct.

| Date: | August 24, 2017 | /s/ Matthew K Sobke |
| | | **Matthew K Sobke** |
| | | Debtor |
| Date: | August 24, 2017 | /s/ Victoria A Sobke |
| | | **Victoria A Sobke** |
| | | Joint Debtor |

United States Bankruptcy Court
District of New Jersey

In re:  
Matthew K Sobke  
Victoria A Sobke  
        Debtors

Case No. 15-24693-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Aug 25, 2017  
                      Form ID: pdf901      Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2017.

```
db/jdb         +Matthew K Sobke,    Victoria A Sobke,    234 Hunter Avenue,    Trenton, NJ 08610-3525
lm             +Cenlar Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404
515662269     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515662270      +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
515662271      +Cach of NJ, LLC,    c/o Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive, Suite 201,
                Parsippany, NJ 07054-4609
515662272      +Cach of NJ, LLC,    4340 South Monaco Street,    Denver, CO 80237-3485
515662273      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515715903       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515662274      +Cenlar FSB,    c/o Kivitz McKeever Lee, PC,    216 Haddon Avenue, STE 406,
                Collingswood, NJ 08108-2812
515662276      +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
515662277      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
515662278      +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
515662281      +N J L,    225 E State St Ste 1,    Trenton, NJ 08608-1800
515662282      +New Jer Hus/dovenmuehl,    1 Corporate Dr,    Lake Zurich, IL 60047-8944
515831140      +New Jersey Housing & Mortgage Finance Agency,    c/o Cenlar FSB,    425 Phillips Blvd,
                Ewing, NJ 08618-1430
515662283      +Pnc Bank,    Po Box 5570,    Cleveland, OH 44101-0570
516289906      +Wollemi Acquisitions, LLC,    Ascension Capital Group,    P.O. Box 165028,
                Irving, TX 75016-5028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2017 23:20:54     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2017 23:20:51     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516290731      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 25 2017 23:25:01     Ascension Capital Group,
                Attn: Wollemi Acquisitions, LLC Dept,    P.O. Box 165028,    Irving, TX 75016-5028
515662268      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 25 2017 23:20:49     Asset Acceptance, LLC,
                PO Box 2036,    Warren, MI 48090-2036
515662275      +E-mail/Text: kzoepfel@credit-control.com Aug 25 2017 23:20:55     Central Loan Admin & R,
                425 Phillips Blvd,    Ewing, NJ 08618-1430
515662279      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 25 2017 23:20:41     Green Tree Servicing,
                P.O. Box 6172,    Rapid City, SD 57709-6172
515662280      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 25 2017 23:20:50     Midland Credit Management, Inc.,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
515662284       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2017 23:30:49
                Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    120 Corporate Blvd,
                Norfolk, VA 23541
515794280       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2017 23:42:05
                Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                Norfolk VA 23541
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2           Date Rcvd: Aug 25, 2017
                              Form ID: pdf901            Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Victoria A Sobke mail@njpalaw.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Matthew K Sobke mail@njpalaw.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, National Association
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                              TOTAL: 9
```