Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, **Victoria A and Matthew K Sobke**



Order Filed on May 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## IN THE UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No. 15-24693-KCF |
| | } | Chapter 13 |
| **Victoria A and Matthew K Sobke** | } | |
| | } | Hearing Date: 5/23/2018: 9:00am |
| | } | Oral Argument Waived Unless |
| **Debtor(s)** | } | Objections Are Filed |

### ORDER PURSUANT TO NOTICE OF MOTION TO MODIFY/EXPUNGE CLAIM OF
### CENLAR FSB

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: May 24, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

1

The attorney for the Debtor having filed a motion to EXPUNGE mortgage arrears claim of Cenlar FSB., in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED AND DIRECTED that the secured proof of claim No.: 4-1 filed by Cenlar FSB for mortgage arrears, is hereby expunged; and:

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtors, and trustee and any other party who entered an appearance, on this motion.