Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, **Victoria A and Matthew K Sobke**

Order Filed on May 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

| | |
|---|---|
| **In the Matter of**: | Case No. 15-24693-KCF |
| | Chapter 13 |
| **Victoria A and Matthew K Sobke** | |
| | Hearing Date: 5/23/2018: 9:00am |
| | Oral Argument Waived Unless |
| **Debtor(s)** | Objections Are Filed |

**ORDER PURSUANT TO NOTICE OF MOTION TO MODIFY/EXPUNGE CLAIM OF**

**CENLAR FSB**

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: May 24, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

1

The attorney for the Debtor having filed a motion to EXPUNGE mortgage arrears claim of Cenlar FSB., in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED AND DIRECTED that the secured proof of claim No.: 4-1 filed by Cenlar FSB for mortgage arrears, is hereby expunged; and:

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtors, and trustee and any other party who entered an appearance, on this motion.

United States Bankruptcy Court
District of New Jersey

In re:
Matthew K Sobke
Victoria A Sobke
       Debtors

Case No. 15-24693-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 24, 2018
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2018.
db/jdb         +Matthew K Sobke,    Victoria A Sobke,    234 Hunter Avenue,    Trenton, NJ 08610-3525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2018 at the address(es) listed below:
           Albert    Russo    docs@russotrustee.com
           Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
           Albert    Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com
           Candyce Ilene Smith-Sklar     on behalf of Joint Debtor Victoria A Sobke mail@njpalaw.com
           Candyce Ilene Smith-Sklar     on behalf of Debtor Matthew K Sobke mail@njpalaw.com
           Denise E. Carlon     on behalf of Creditor    JPMorgan Chase Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Denise E. Carlon     on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
           Joshua I. Goldman     on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
           Joshua I. Goldman     on behalf of Creditor    JPMorgan Chase Bank, National Association jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
           Rebecca Ann Solarz     on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency rsolarz@kmllawgroup.com

                                                                                                     TOTAL: 10