Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15−24693−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Matthew K Sobke                          Victoria A Sobke
234 Hunter Avenue                        234 Hunter Avenue
Trenton, NJ 08610                        Trenton, NJ 08610

Social Security No.:
   xxx−xx−6148                                    xxx−xx−1764

Employer's Tax I.D. No.:

---

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after October 10, 2019 for the reason(s) indicated below.

- ☐  Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐  Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: September 10, 2019
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 15-24693-MBK
Matthew K Sobke                                                 Chapter 13
Victoria A Sobke
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Sep 10, 2019
                              Form ID: clsnodsc        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
db/jdb          +Matthew K Sobke,    Victoria A Sobke,    234 Hunter Avenue,    Trenton, NJ 08610-3525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 23:30:37      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 23:30:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Victoria A Sobke mail@njpalaw.com,
               r56958@notify.bestcase.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Matthew K Sobke mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, National Association
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               rsolarz@kmllawgroup.com
                                                                                              TOTAL: 11